UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOEL CABALA                             JURY TRIAL DEMANDED

v.                                      CASE NO. 3:09CV

LAW OFFICES HOWARD LEE SCHIFF, P.C.

## COMPLAINT

1. This is an action for damages, costs and attorney's fees seeking relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692.

2. This Court has jurisdiction. 15 U.S.C. §1692k; 28 U.S.C. §1331.

3. Plaintiff is an individual who resides in Connecticut.

4. Plaintiff is a consumer within the meaning of the FDCPA.

5. Defendant is a law firm in the practice of consumer debt collection.

6. Defendant engaged in efforts to collect from plaintiff a personal credit account purchased by Hudson & Keyse.

7. Pursuant to Conn. Gen. Stat. §37-3a, interest is discretionary with the court.

8. In connection with obtaining the default judgment, defendant did not allege or prove any facts demonstrating that plaintiff had unlawfully detained money.

9. The court did not make any factual finding that plaintiff had wrongfully detained money. See *Sosin v. Sosin*, 109 Conn. App. 691, 708 (Conn. App. 2008).

10. No court order entered allowing discretionary post judgment interest.

11. By letter dated Sept 16, 2008, defendant falsely stated that "Interest accrues at 10% per annum on the unpaid judgment balance."

12. By letter dated of Nov. 25, 2008, defendant overstated the balance by the amount of the interest.

13. Defendant filed a judgment lien that asserted that the balance sought was "plus costs and interest."

14. By letter sent in January 2009, defendant sought a stipulation wherein plaintiff would agree to post-judgment interest without revealing that post-judgment interest depends on a factual finding that the monies were wrongfully detained.

15. Defendant has a regular pattern and practice of seeking postjudgment interest despite failing to allege or prove that a defendant has wrongfully detained funds.

16. In the course of the collection, defendant violated §1692d, -e, or -f(1).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that relief be granted as follows:

(a) That judgment be entered against Defendant for statutory damages, pursuant to 15 U.S.C. § 1692k;

(b) That the Court award costs and reasonable attorneys' fees, pursuant to 15 U.S.C. § 1692k(a)(3); and,

(f) That the Court grant such other and further relief as may be just and proper.

PLAINTIFF,

BY  **/s/ Joanne S. Faulkner**
Joanne S. Faulkner ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net