UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOEL CABALA

v.                                                            CASE NO. 3:09CV 1166 (AVC)

LAW OFFICES HOWARD LEE SCHIFF, P.C                May 11, 2010

PLAINTIFF'S REPLY RE MOTION FOR SUMMARY JUDGMENT

On April 28, 2010, the defendant agreed to pay Plaintiff $17,001 to settle this matter. We expect to file closing papers by the end of the month. If such papers are not filed, plaintiff requests the court to enter judgment in his favor for $17,001.

The Court has inherent power to enforce settlement agreements summarily. Meetings & Expositions, Inc. v. Tandy Corp., 490 F.2d 714, 717 (2d Cir. 1974); DiMartino v. City of Hartford, 636 F. Supp. 1241, 1244 (D. Conn. 1986). The Court enforces the agreement because the parties are bound by its terms. Kohl Indus. Park v. County of Rockland, 710 F.2d 895, 903-04 (2d Cir. 1983).

"Courts are wary of disturbing settlements, because they represent compromise and conservation of judicial resources, two concepts highly regarded in American jurisprudence." Anita Foundations v. ILGWU Nat'l Retirement F., 902 F.2d 185, 190 (2d Cir. 1990). "As any litigator or judge can attest, the best case is a settled case....In a very real sense, all of the parties -- and the court as an institution -- win when litigation is settled amicably short

of trial." Mathewson Corp. v. Allied Marine Ind., Inc., 827 F.2d 850, 852, 857 (1st Cir. 1987).

                      THE PLAINTIFF

                      BY____/s/ Joanne S. Faulkner___
                      JOANNE S. FAULKNER ct04137
                      123 Avon Street
                      New Haven, CT 06511-2422
                      (203) 772-0395
                      faulknerlawoffice@snet.net

Certificate of Service

I hereby certify that on May 11, 2010 a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                      ____/s/ Joanne S. Faulkner___
                      JOANNE S. FAULKNER ct04137